Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL VICTOR RODRIGUEZ,<br><br>Defendant. | DOCKET NO. 6:13-mj-097-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION, AND REQUEST TO VACATE REVIEW HEARING AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Daniel Victor RODRIGUEZ, was arrested August 31, 2013, in Yosemite National Park and charged with two counts in a Criminal Complaint: Count 1: possession of a controlled substance (methamphetamine); and Count 2: being under the influence of alcohol and/or drugs to a degree that may endanger oneself or others. RODRIGUEZ plead guilty February 26, 2014, to Count 1, but judgment was not entered for a period of 12 months. Count 2 was dismissed. RODRIGUEZ was sentenced to the following: pay a $10 statutory assessment, 12 months of unsupervised probation, attend Narcotics Anonymous once weekly for six months, obey all laws, and to report new law violations. A Review Hearing has been set for February 3, 2015 at 10:00 a.m. in Yosemite National Park. On January 26, 2015, this court signed a Probation Violation in

1

which the Government alleged RODRIGUEZ failed to attend NA classes once weekly for six months. On January 29, 2015, the Yosemite Legal Office was provided proof of attendance of the NA classes. For that reason, the Government withdraws its request for a Probation Violation in this matter and asks the Court to vacate the Review Hearing on February 3, 2015, at 10:00 a.m.

Dated: January 28, 2015      By: /s/ Matthew McNease
                                            Matthew McNease
                                            Acting Legal Officer
                                            Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Probation Violation is retracted and the February 3, 2015 hearing is vacated.

IT IS SO ORDERED.

Dated:   January 29, 2015               /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE